THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| ANGELA HARRELL<br><br>    Plaintiff,<br><br>v.<br><br>WALMART STORES EAST L.P. d/b/a WALMART SUPERCENTER<br><br>    Defendants. | Civil Action No. 5:21-cv-4 |

## STIPULATION OF DISMISSAL

COME NOW Plaintiff and Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, by and through their undersigned counsel of record, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 9th  November, 2021

| **FRIED GOLDBERG LLC** | **DREW ECKL & FARNHAM, LLP** |
|---|---|
| */s/ Brad W. Thomas* | */s/ Leslie Becknell* |
| **BRAD W. THOMAS** | **LESLIE BECKNELL** |
| Georgia Bar No. 604780 | Georgia Bar No. 046320 |
| 3550 Lenox Road N.E. | 777 Gloucester Street |
| Suite 1500 | Suite 305 |
| Atlanta, Georgia 30326 | Brunswick, Georgia 31520 |
| brad@friedgoldberg.com | lbecknell@deflaw.com |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for Plaintiff with a copy of the within and foregoing STIPULATION OF DISMISSAL by filing same electronically with the Court through the CM/ECF system, which will automatically send email notification of this to the following:

LESLIE BECKNELL, ESQUIRE
DREW ECKL & FARNHAM, LLP
777 GLOUCESTER STREET
SUITE 305
BRUNSWICK, GEORGIA 31520
COUNSEL FOR DEFENDANTS

This 9th day of November, 2021

FRIED GOLDBERG LLC

By: _____
Brad W. Thomas
Georgia State Bar Number 704680

3550 Lenox Road NE Suite 1500
Atlanta, Georgia 30326
Telephone: (404) 591-1800
Facsimile: (404) 591-1801
brad@friedgoldberg.com